| | |
|---|---|
| 1 | Edwin B. Stanley, Esq., #011730 |
| | **SIMBRO & STANLEY, PLC** |
| 2 | 8767 East Via de Commercio |
| | Suite #103 |
| 3 | Scottsdale, Arizona 85258-3374 |
| | (480) 607-0780 |
| 4 | bstanley@simbroandstanley.com |
| 5 | Attorneys for Auto Title Loans USA, LLC |

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| In re: | ) In Proceedings Under Chapter 13 |
|---|---|
| PAULA KAY SHUMAN, | ) Case No. 2:17-bk-00633-DPC |
| Debtor. | ) **NOTICE OF LODGING PROPOSED ORDER** |

**AUTO TITLE LOANS USA, LLC** ("ATL") by and through its duly authorized, undersigned attorneys, Simbro & Stanley, PLC, hereby gives notice that this date it lodged with the Court the proposed order which is attached hereto as Exhibit "A."

**RESPECTFULLY SUBMITTED** this 25th day of May, 2017.

SIMBRO & STANLEY, PLC

/s/ *EBS* #011730
Edwin B. Stanley, Esq.
8767 East Via de Commercio
Suite #103
Scottsdale, Arizona 85258
Attorneys for Auto Title Loans USA, LLC

Page 1 of 2

Copies of the foregoing
electronically transmitted
or mailed where marked
with a *
this 25th day of May, 2017
to:

Paula Shuman*
6450 W. Gary Drive
Chandler AZ 85226
Debtor

Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
Chapter 13 Trustee

/s/ *Sharon D. Kirby*

SIMBRO & STANLEY, PLC
8767 East Via de Commercio, Suite #103
Scottsdale, Arizona 85258
(480) 607-0500

Page 2 of 2