# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| PAULA KAY SHUMAN, | Case No. 2:17-bk-00633-DPC |
| Debtor. | **ORDER DISMISSING BANKRUPTCY CASE** |

For the reasons stated on the record at the May 25, 2017, hearing in this case, the Court hereby

**ORDERS AS FOLLOWS:**

1. This case is hereby dismissed.

2. If the Debtor files another case under any chapter of Title 11 withing the next year, such subsequent filing shall be assigned to or transferred to this Court for further adjudication.

**SIGNED AND DATED ABOVE**

Page 1 of 1