# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | PAULA KAY & RONALD W. SHUMAN | | |
| **Case Number:** | 2:17-BK-00633-DPC | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, MAY 25, 2017 01:30 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | RENEE BRYANT | | |

### *Matter:*

MOTION TO DISMISS CASE FOR BAD FAITH FILING AND ALTERNATIVE MOTION TO EXTEND DEADLINE TO FILE SEC 523(A) COMPLAINT FILED BY EDWIN B STANLEY OF SIMBRO & STANLEY, PLC ON BEHALF OF AUTO TITLE LOANS USA, LLC.

R / M #:   45 / 0

### *Appearances:*

BRAD STANLEY, ATTORNEY FOR AUTO TITLE LOANS
ANDREW DUDLEY, ATTORNEY FOR ED MANEY, TRUSTEE

### *Proceedings:*

Mr. Stanley argues the Motion to Dismiss for Bad Faith Filing.  He advises his client did receive an informal response in the form of an e-mail, and he submits a copy to the Court.  Given the undisputed facts and the lack of a response he argues dismissal is appropriate.

Mr. Dudley advises the Chapter 13 Trustee supports dismissal with prejudice.

EXHIBIT 1 MARKED FOR IDENTIFICATION AND ENTERED INTO EVIDENCE.

COURT:  IT IS ORDERED GRANTING THE MOTION TO DISMISS.

 IT IS FURTHER ORDERED SHOULD A NEW CASE BE FILED BY  THE DEBTOR IN THIS DISTRICT ANY SUCH CASE SHALL BE ASSIGNED TO THIS COURT.

THE COURT WILL SIGN AN ORDER WHEN SUBMITTED.

Case 2:17-bk-00633-DPC   Doc 58   Filed 05/25/17   Entered 05/26/17 08:03:10   Desc
Main Document   Page 1 of 1
05/26/2017   8:02:57AM